Peter C. Catalanotti (SBN 230743)
Peter.Catalanotti@wilsonelser.com
Madonna Herman (SBN 221747)
Madonna.Herman@wilsonelser.com
Quincy Pham (SBN 346022)
Quincy.pham@wilsonelser.com
Inna Nytochka (SBN 354560)
Inna.Nytochka@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
655 Montgomery St., Ste. 900
San Francisco, CA 94111
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101

Counsel for Defendant
Transportation Agency for Monterey County

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MUSEUM OF HANDCAR TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TRANSPORTATION AGENCY FOR MONTEREY COUNTY, AND THE CITY OF MARINA, <br><br> Defendants. | *ASSIGNED TO JUDGE EUMI K LEE* <br><br> Civil Action No.:  5:24-cv-08598 <br><br> **MOTION TO WITHDRAW AS DEFENDANT TRANSPORTATION AGENCY FOR MONTEREY COUNTY'S COUNSEL; [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 5-1(c)(2)(E), and 11-5, the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP ("Wilson") hereby moves to withdraw as counsel for Transportation Agency for Monterey County ("TAMC"). Heather Mills (SBN 190950), Robin Diem (SBN 204162), Paul O'Keefe (SBN 253111), and Makala Furse (SBN 340406) from the law firm of Skane Mills will substitute in as counsel of record for TAMC.

Pursuant to Civil Local Rule 11-5(a), Wilson provided written notice of its withdrawal to TAMC and all parties in this lawsuit. (Decl. of Counsel, Ex. A.) TAMC understands and agrees that Skane Mills will represent TAMC in this action.

Accordingly, Wilson respectfully requests that the Court grants its motion to withdraw as TAMC's counsel of record.

Dated: March 24, 2025

Respectfully submitted,
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/
Peter Catalanotti
Madonna Herman
Quincy Pham
Inna Nytochka
Former Legal Representatives for
Defendant Transportation Agency for
Monterey County

Dated: March 24, 2025

**Skane Mills**

By: /s/ Robin L. Diem
Heather Mills
Robin L. Diem
Paul O'Keefe
Makala Furse
New Legal Representatives for
Defendant Transportation Agency for
Monterey County

[TAMC's signature on next page]

1  Dated: March 24, 2025                           **Transportation Agency for Monterey County**
2
3
4                                         By: _____
                                              Todd Muck, representative for
5                                             Transportation Agency for Monterey
                                              County

**[PROPOSED] ORDER**

Having considered Wilson, Elser, Moskowitz, Edelman & Dicker LLP's ("Wilson") motion, and good cause appearing therefore, the Court hereby GRANTS Wilson's motion to withdraw as counsel of record for Transportation Agency for Monterey County.

**IT IS SO ORDERED.**

Date: _____                        _____
                                              Hon. Eumi Lee
                                              Judge of the Northern District
                                              Court of California, San Jose Division

## **DECLARATION OF COUNSEL**

I, Quincy N. Pham, declare as follows:

I am an attorney licensed to practice before all of the courts in the State of California. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP ("Wilson"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I make this declaration in support of the Wilson's motion to withdraw as counsel for Defendant Transportation Agency of Monterey County ("TAMC").

1. On February 27, 2025, I, along with TAMC's representatives, Todd Muck and Shane Strong, were informed that Wilson will be replaced by a new law firm to represent them in this action.

2. On March 19, 2025, I emailed Mr. Muck and Mr. Strong that Wilson will withdraw as TAMC's counsel and that Heather Mills, Robin Diem, Paul O'Keefe, and Makala Furse from Skane Mills will substitute in to represent TAMC in this action. On the same day, I emailed all parties in this action to inform them of Wilson's withdrawal and Skane Mills' substitution as TAMC's counsel. A true and correct copy of Wilson's written email notice to TAMC and all parties are attached this declaration as **Exhibit A**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 24, 2025, in San Francisco, California.

_____
Quincy N. Pham, Declarant

# Exhibit A

t: 213-452-1200
m: 562-212-9242
f: 213-452-1201
rdiem@skanemills.com
skanemills.com

---

**From:** "Pham, Quincy" <Quincy.Pham@wilsonelser.com>
**Date:** Wednesday, March 19, 2025 at 1:49 PM
**To:** Todd Muck <todd@tamcmonterey.org>, "strongse1@countyofmonterey.gov" <StrongSE1@countyofmonterey.gov>
**Cc:** "Herman, Madonna" <Madonna.Herman@wilsonelser.com>, Heather Mills <hmills@skanemills.com>, "Robin L. Diem" <rdiem@skanemills.com>
**Subject:** [External Sender] Museum v. TAMC (substitution of counsel)

Todd/Shane:

Hope you are doing well. Pursuant to Civil L.R. 11-5, we are required to provide you written notice of our withdrawal in this lawsuit.
As you know, Heather Mills and Robin Diem from Skane Mills will substitute in as counsel for TAMC.

Best,
Quincy

Quincy Pham
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
655 Montgomery St., Ste. 900
San Francisco, CA 94111
415.625.9384 (Direct)
510.326.1614 (Cell)
415.433.0990 (Main)
415.434.1370 (Fax)
quincy.pham@wilsonelser.com

```
IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
```

received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at [www.wilsonelser.com](www.wilsonelser.com) or refer to
any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at [www.wilsonelser.com](www.wilsonelser.com) or refer to
any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,

distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at [www.wilsonelser.com](www.wilsonelser.com) or refer to
any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at [www.wilsonelser.com](www.wilsonelser.com) or refer to
any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.